NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 917

GERBER SCIENTIFIC INTERNATIONAL, INC.,

Plaintiff-Respondent,

v.

SATISLOH AG and SATISLOH NORTH AMERICA, INC.,

Defendants-Petitioners.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States District Court for the District of Connecticut in case no. 07-CV-1382, Chief Judge Peter C. Dorsey.

ON MOTION

ORDER

Satisloh AG and Satisloh North America, Inc. move to withdraw their petition for permission to appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

NOV 12 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    George P. McAndrews, Esq.
       Andrew M. Riddles, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 12 2009

JAN HORBALY
CLERK